# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| SCHUYLER DERRELL SANDERS, | ) Case No. 15-13207 |
| | ) |
| Debtor. | ) Section "A" |
| | ) |
| ALLY FINANCIAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. No. 16-01010 |
| v. | ) |
| | ) |
| SCHUYLER DERRELL SANDERS, | ) |
| CHARMAINE THOMAS-JOHNSON, | ) |
| LAW SOLUTIONS CHICAGO, LLC d/b/a | ) |
| UPRIGHT LAW, LLC, SPERRO, LLC and | ) |
| BRIAN FENNER | ) |
| | ) |
| Defendant. | ) |

## DEFENDANTS LAW SOLUTIONS CHICAGO, LLC AND CHARMAINE THOMAS-JOHNSON'S MOTION TO WITHDRAW THE REFERENCE

## RELIEF IS SOUGHT FROM A UNITED STATES DISTRICT JUDGE

Defendant Law Solutions Chicago, LLC d/b/a Upright Law, LLC ("Upright Law") and Charmaine Thomas-Johnson ("Johnson," and together with Upright Law, the "Upright Defendants"), by their attorneys, hereby move the Court for entry of an order withdrawing the reference of Counts III, IV, V and VI asserted by Plaintiff Ally Financial, Inc. ("Ally") in Adversary Proceeding No. 16-01010 (the "Adversary Proceeding") from the United States Bankruptcy Court for the Eastern District of Louisiana ("Bankruptcy Court") pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011. In support of the Motion, the Upright Defendants submit an accompanying Brief and respectfully state as follows:

Ally has filed the following four claims against the Upright Defendants in the Adversary Proceeding: intentional interference with contractual relations (Count III); fraud (Count IV); fraud by omission, silence and inaction (Count V); and conspiracy to commit fraud and conspiracy to convert property (Count VI). Counts III-VI are against Schuyler Derrell Sanders (the "Debtor"), the Upright Defendants, and other non-debtor defendants and seek to hold the Defendants liable for their alleged roles in a supposed scheme to deprive Ally of its collateral securing an auto-loan Ally made to the Debtor prior to the Debtor filing for bankruptcy. Pursuant to 28 U.S.C. § 157(d), the Court should withdraw the reference as to Counts III-VI for cause.

First, Counts III-VI are all non-core matters and the Bankruptcy Court lacks authority to adjudicate these claims. Counts III-VI are all causes of action arising under state law, and they are neither created by virtue of title 11 of the United States Code, nor can exist only in the context of a bankruptcy case. Second, the Upright Defendants are entitled to a jury trial on Counts III-VI and the Bankruptcy Court is not authorized to conduct jury trials. L. Bankr. R. 9015-1. Accordingly, since any trial on Counts III-VI will necessarily need to take place in the District Court, judicial economy would be better served by withdrawing the reference at this stage in the litigation so that the District Court can handle all pretrial matters and become fully acquainted with the case as it proceeds to trial. These two factors weigh heavily in favor of withdrawing the reference.

Lastly, the other factors courts in the Fifth Circuit consider when determining whether to withdraw the reference also weigh in favor of withdrawing the reference under the circumstances. Withdrawing the reference now will not stall or delay the administration of the bankruptcy case, nor will it undermine the uniformity of the bankruptcy administration. There is also no increased expense to Ally or the Upright Defendants to adjudicating these claims in

2

district court. Further, there is no indication of forum shopping. The Bankruptcy Court has not yet made any substantive rulings in the Adversary Proceeding and the Upright Defendants are not trying to evade the jurisdiction of the Bankruptcy Court or any state court.

WHEREFORE, for the reasons stated above and in the Upright Defendants' accompanying Brief, the Upright Defendants respectfully request that this Court enter an order granting the Motion, withdrawing the reference as to Counts III-VI of the Adversary Proceeding, and granting such other relief as this Court deems just.

> Respectfully submitted,
>
> **ADAMS AND REESE LLP**
>
> *s/Victoria P. White*
> VICTORIA P. WHITE, T.A. (La. Bar #33430)
> 701 Poydras Street, Suite 4500
> New Orleans, Louisiana 70139
> (504) 581-3234
> (504) 566-0210 FAX
> victoria.white@arlaw.com
> ***Attorney for Defendants, Law Solutions Chicago, LLC d/b/a Upright Law, LLC and Charmaine Thomas-Johnson***

## CERTIFICATE OF SERVICE

This is to certify that on this the 6th day of June, 2016, a true and correct copy of the above and foregoing was served on Counsel for Plaintiff via electronic mail, and all parties via the Court's electronic case filing system (ECF) in accordance with the Federal Rules of Civil Procedure.

> *s/Victoria P. White*
> VICTORIA P. WHITE