UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLY FINANCIAL INC. | CIVIL NO. 2: 16-CV-08827 |
| VERSUS | JUDGE FELDMAN |
| SCHUYLER DERRELL SANDERS, CHARMAINE THOMAS-JOHNSON, LAW SOLUTIONS CHICAGO, LLC d/b/a UPRIGHT LAW, LLC, SPERRO, LLC and BRIAN FENNER | MAG. JUDGE WILKINSON  SECTION "F" |

**ORDER**

Having considered the Joint Motion to Continue Submission Dates of Motion to Withdraw Reference, Motion to Transfer and Stay Proceedings, and Motion to Dismiss Counts III-VI of the Complaint (P-16),

IT IS ORDERED that the submission date for the Motion to Withdraw Reference (P-1) be and is hereby continued to August 3, 2016; the Motion to Transfer and Stay Proceedings (P-7) and the Motion to Dismiss Counts III-VI of the Complaint (P-8) be continued and rescheduled pending the Court's decision on the parties request for transfer which to be submitted in the form of a joint motion or stipulation and a stipulated order.

New Orleans, Louisiana, July _6_, 2016

_____
MARTIN C. FELDMAN
UNITED STATES DISTRICT JUDGE